

February 6, 2025

**VIA CM/ECF**
The Hon. Patricia S. Connor
Clerk, U.S. Court of Appeals for the Fourth Circuit
1100 East Main St., 5th Floor
Richmond, VA 23219

Re: *US v. Ellis*: No. 25-4028

Dear Ms. Connor,

In the above captioned case, the Court filed a docketing notice on January 23, 2025. The undersigned counsel was retained trial counsel for the defendant/appellant, Tamarcus Ellis. Mr. Ellis's family is in the process of retaining the undersigned and another lawyer for this appeal, but as of the date of this filing has not done so.

The undersigned will file a notice of appearance within 14 days or earlier, if retained in this case. In the event the undersigned is not retained, she will assist Ellis in completing the CJA-23 for appointed counsel.

Sincerely,

THE SALMON LAW FIRM, LLP

*Elisa Cyre Salmon*

Elisa Cyre Salmon

Cc: Copy to AUSA David Bragdon via CM/ECF

**P** 910.984.1012