FILED: August 17, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 25-4028
(5:21-cr-00273-FL-1)

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

TAMARCUS SHAQUAN ELLIS, a/k/a Mark B.

Defendant - Appellant

O R D E R

The petition for rehearing en banc was circulated to the full court. No judge requested a poll under Fed. R. App. P. 40. The court denies the petition for rehearing en banc.

For the Court

/s/ Nwamaka Anowi, Clerk